IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HAFFNER INT'L MARKETING GROUP, a Nevada corporation; EBI LTD. a California corporation; HEINZ HAFFNER, a California resident; and RENTATO BIZZARO, a resident of Brazil,

        Plaintiffs,

vs.

YUSUF BUGRA SAHIN, an individual,

        Defendant

Case No.: 2:13-cv-00459-JCM-(CF)

**ORDER DISMISSING COMPLAINT**

This matter came before the Court on Defendant's motion to dismiss the complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P., Rule 12(b)(2), ("Motion", Document #14). Upon due consideration of the pleadings and the entire record herein, the Court finds that the Court lacks personal jurisdiction over Defendant in this case.

Accordingly, the Motion is hereby GRANTED and the complaint is dismissed.

IT IS SO ORDERED        This __17th__ day of April 2014

                                    _/s/ James C. Mahan_
                                    The Honorable Judge James C. Mahan
                                    United States District Court Judge